THE MASCOT.

ROSE BRICK CO. v. THE MASCOT.

(Circuit Court of Appeals, Second Circuit. August 1, 1893.)

TOWAGE—NEGLIGENCE OF TUG—FAILURE TO AVOID KNOWN OBSTRUCTION.
  A tug is guilty of negligence in running its tow upon an obstruction which competent and experienced pilots would have avoided. 48 Fed. Rep. 917, affirmed.

Appeal from the District Court of the United States for the Southern District of New York.

In Admiralty. Libel by the Rose Brick Company against the steam tug Mascot for negligence in towing libelant's barge Roseton. The district court rendered a decree for libelant. 48 Fed. Rep. 917. Respondent appeals. Affirmed.

Jos. F. Mosher, for appellant.
Geo. B. Adams, for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We are satisfied upon the evidence in the record that there was an obstruction in the canal, inside the buried rock, which was known to exist by those conversant with the condition of the channel, and which ought to have been known to those in charge of the tug. In towing the libelant's canal boat upon an obstacle which competent and experienced pilots would have avoided, the tug was guilty of negligence.

The decree is affirmed, with interest and costs.